IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LOWELL DEQUINCY GREEN, TDCJ-CID No. 518662,<br><br>    Plaintiff,<br><br>v.<br><br>TARRANT COUNTY SHERIFF'S DEPUTY ZOMPER, *et al.*,<br><br>    Defendants. | 2:24-CV-215-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this case as three-strikes barred ("FCR") (ECF No. 4). Plaintiff filed objections on October 21, 2024 ("Objections") (ECF No. 5). There, he recites his prior cases that justify the FCR's finding that this matter is three-strikes barred, but otherwise does nothing to overcome dismissal. Therefore, after making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR be **ADOPTED** and this case is hereby **DISMISSED** as three-strikes barred.

**SO ORDERED.**

October 23, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE